**MANDATE**

D.Conn.
03-cr-0028
Covello, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

FILED
2004 NOV -2 P 12: 52
U.S. DISTRICT COURT
NEW HAVEN, CT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of SEPT. two thousand and four,

Present:

    Hon. Wilfred Feinberg,
    Hon. Thomas J. Meskill,
    Hon. Barrington D. Parker, Jr.,
        *Circuit Judges.*

[SEP 23 2004 — United States Court of Appeals, Second Circuit, Roseann B. MacKechnie, Clerk]

United States of America,

        Appellee,

v.                                                                                04-0555-cr

Robert Northrop,

        Defendant-Appellant.

The Government moves, with the consent of Appellant Northrop, to remand to the district court for re-sentencing. Upon due consideration, it is ORDERED that the motion for remand for re-sentencing is GRANTED. The district court shall vacate the judgment and re-sentence Appellant Northrop, after determining whether his sentence should run concurrent or consecutive to his state court sentence. *See* 18 U.S.C. § 3584.

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

        By: *[signature]*
        Richard Alcantara, Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
    DEPUTY CLERK

SAO - alm

— ISSUED AS MANDATE: 10/14/04 —

D.Conn.
03-cr-0028
Covello, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

FILED
2004 NOV -2 P 12:52
U.S. DISTRICT COURT
NEW HAVEN, CT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of SEPT. two thousand and four,

Present:

    Hon. Wilfred Feinberg,
    Hon. Thomas J. Meskill,
    Hon. Barrington D. Parker, Jr.,
        *Circuit Judges.*



United States of America,

        Appellee,

v.                                    04-0555-cr

Robert Northrop,

        Defendant-Appellant.

The Government moves, with the consent of Appellant Northrop, to remand to the district court for re-sentencing. Upon due consideration, it is ORDERED that the motion for remand for re-sentencing is GRANTED. The district court shall vacate the judgment and re-sentence Appellant Northrop, after determining whether his sentence should run concurrent or consecutive to his state court sentence. *See* 18 U.S.C. § 3584.

                              FOR THE COURT:
                              Roseann B. MacKechnie, Clerk

                              By: *Richard Alcantara*
                              Richard Alcantara, Deputy Clerk

THIS MANDATE, CONSISTING OF THE ITEMS BELOW, HAS BEEN RECEIVED:
( ) OPINION   ( ) STATEMENT OF COSTS
(X) ORDER
RECEIVED BY: _____  DATE: _____

SAO - alm