UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : DOCKET NO. 3:03-CR 00028 (AVC)-1 |
| ROBERT NORTHROP | : NOVEMBER 12, 2004 |

## MOTION TO WITHDRAW

It has come to my attention that the above-named Defendant has filed Notice of Appeal. Generally, when counsel is appointed to represent a Defendant in a federal criminal proceeding, said counsel is responsible for all appeals filed thereafter. I, Wayne R. Keeney, one of the counsel appointed for the Defendant in the above-captioned matter, hereby Moves this honorable Court to allow said attorney to Withdraw his appearance in said matter. The purpose for such request is due to the fact that Attorney Gerard Golger was the Defendant's attorney for sentencing purposes and although the undersigned filed no formal Motion to Withdraw, said counsel was overtaken by Attorney Golger; thereby making Golger responsible for said appeal.

Respectfully submitted,

By; _____
Wayne R. Keeney
1187 Broad Street, Suite B
Bridgeport, CT 06604
P(203) 335-2080; F(203) 335-0607
FB# 16525

## ORDER

The foregoing Motion, being duly considered, is hereby Ordered:

### GRANTED / DENIED

_____
**JUDGE / CLERK**